■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIGI INGUAGGIATO, Appellant. [699 NYS2d 303] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Feldman, J.), rendered June 17, 1996, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the rejection by the jury of his justification defense was against the weight of the evidence is without merit. Resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the trier of fact, which saw and heard the witnesses (*see, People v Gaimari,* 176 NY 84, 94; *People v Scott,* 168 AD2d 523). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the record (*see, People v Garafolo,* 44 AD2d 86, 88). Upon the exercise of our factual review

power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. O'Brien, J. P., Altman, Luciano and Smith, JJ., concur.